UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-20535-CR-COOKE

FILED by ___ D.C.
MGC

OCT - 6 2006

CLARENCE MADDOX
CLERK U. S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

        Plaintiff,

vs

NOEL MARTINEZ,
JUAN ALVAREZ, and
GEORGINA GARCIA DE FUNCIA,

        Defendant(s).

_____/

**ORDER GRANTING MOTION
FOR CONTINUANCE AND
RESETTING TRIAL DATE**

THIS CAUSE came before the Court for pretrial conference on October 4, 2006 and on the defendant's oral motion for continuance. The government does not oppose the relief sought. After being fully advised in the premises, it is

ORDERED and ADJUDGED that the motion is GRANTED. The Court finds that the ends of justice served by granting the continuance outweighs any interest of the public or the Defendant(s) in a speedy trial, based on the continuity of counsel and the reasonable time needed for counsel to prepare with due diligence for trial. It is further

ORDERED AND ADJUDGED that the trial of this cause will commence during the two-week trial period beginning November 27, 2006. Calendar Call will be held at 3:00 p.m. on November 22, 2006. Except the calendar call, **the Defendants are directed to attend all hearings/conferences unless otherwise excused by the Court.**

THE COURT FURTHER FINDS that the period of delay resulting from the granting of

this continuance, to-wit: October 4, 2006, to and including the date trial commences shall be deemed excludable time under the provisions of the Speedy Trial Act, 18 U.S.C. Section 3161.

IT IS FURTHER ORDERED AND ADJUDGED that the parties shall provide the Court with the following:

1. In each case tried before a jury, each party shall file proposed voir dire questions, proposed jury instructions and proposed verdict form(s) three (3) days before commencement of trial. On the first day of trial, counsel shall provide the Court with a WordPerfect-compatible disk incorporating the proposed jury instructions and verdict form(s).

2. All exhibits must be pre-marked. On the first day of trial all parties shall submit a typewritten exhibit list setting forth the numbers and description of each exhibit.

DONE and ORDERED in Chambers at Miami, Florida this ____6____ day of October 2006.

**HONORABLE MARCIA G. COOKE**
**UNITED STATES DISTRICT JUDGE**

cc:     Cristina Maxwell, AUSA
        Lance Armstrong, Esq.
        Miguel Caridad, AFPD
        Joaquin Perez, Esq.
        U.S. Pretrial Services